# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **TRAVIS DAVIS** | § | **PLAINTIFF** |
| | § | |
| | § | |
| **v.** | § | **Civil No. 1:22-cv-337-HSO-BWR** |
| | § | |
| | § | |
| **G&W EXPRESS, INC., and** | § | |
| **LAZARO ORTIZ CUEVAS** | § | **DEFENDANTS** |

## FINAL JUDGMENT OF DISMISSAL

The parties have announced to the Court a settlement of this case.  The

Court, being advised that the parties have an informed understanding of their

rights and the consequences of settlement, desires that this matter be finally closed

on its docket.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above

captioned civil action is dismissed with prejudice as to all parties.

**SO ORDERED** this the 31st day of January, 2023.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE